■ In the Matter of ANNEMARIE SANTORO et al., Appellants, v BETTY SCHREIBER et al., Respondents. (Appeal No. 1.) [693 NYS2d 473] —Order unanimously modified on the law and as modified affirmed without costs in accordance with the same Memoran-

dum as in *Matter of Santoro v Schreiber* (263 AD2d 953 [decided herewith]). (Appeal from Order of Supreme Court, Monroe County, Smith, J.—Vacate Judgment.) Present—Pine, J. P., Lawton, Pigott, Jr., Hurlbutt and Scudder, JJ.